**Order entered May 6, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01603-CV

## IN THE INTEREST OF Z.M.C. AND R.B.C., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-52980-2008**

## ORDER

Before the Court is Niles Illich's April 23, 2014 motion to withdraw and motion to extend time to file brief. To the extent Mr. Illich seeks to withdraw as counsel for appellant, we **DENY** the motion without prejudice to refiling a motion that complies with Texas Rule of Appellate Procedure 6.5. *See* Tex. R. App. P. 6.5. We **GRANT** the request for additional time to file brief and **ORDER** the brief be filed no later than June 16, 2014.

/s/    ELIZABETH LANG-MIERS
        JUSTICE